CHARLES HAEHNLE, Appellant, v. AUGUSTA B. C. HAEHNLE, Individually and as Executrix, etc., of LOUIS C. HAEHNLE, Deceased, Respondent.— Order so far

as appealed from affirmed, with twenty dollars costs and disbursements. If and when the case is placed on the calendar, the same should be preferred for immediate trial. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.